

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00103-CV

---

$5,990.00 IN U.S. CURRENCY; AND 1999 MERCURY

APPELLANTS

V.

THE STATE OF TEXAS

APPELLEE

----------

FROM THE 372ND DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Bobby Glen Turner, Jr. attempts to appeal from an "Interlocutory Nihil Dicit Judgment" that was signed on February 27, 2012. On March 16, 2012, we informed the parties of our concern that we might not have jurisdiction over this appeal because the "Interlocutory Nihil Dicit Judgment" did not appear to be a final judgment or an appealable interlocutory order and that the appeal could be

---

[1]See Tex. R. App. P. 47.4.

dismissed for want of jurisdiction unless any party desiring to continue the appeal filed a response on or before March 26, 2012, showing grounds for continuing the appeal. We received no response. Because the "Interlocutory Nihil Dicit Judgment" signed by the trial court on February 27, 2012, does not constitute an appealable interlocutory order, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f); Tex. Civ. Prac. & Rem. Code Ann. § 51.014 (West Supp. 2008) (setting forth appealable interlocutory orders). *But see Fid. & Cas. Co. of NY v. Vogel*, No. B14-88-00005-CV, 1988 WL 83827, at *1 (Tex. App.—Houston [14th Dist.] Aug. 11, 1988, writ denied) (reaching merits of appeal from an interlocutory nihil dicit judgment because trial court had granted a motion for severance of the judgment on the cross-action, enabling Fidelity to pursue its appeal).

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DELIVERED: May 3, 2012

2